UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
(732)866-6655

In Re:

Eliezer A. Mordan

Case No.: 22-10573

Chapter: 13

Adv. No.:

Hearing Date:

Judge: MBK

# CERTIFICATION OF SERVICE

1. I, _____Arely Aguirre_____:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Edward Hanratty_____, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____02/22/2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Amendment to Statement about your Social Security Number; and Redacted Statement of Social Security Number

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 02/22/2022

/s/ Arely Aguirre
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alberto Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eliezer A. Mordan<br>53 Brandon Avenue<br>Monroe Twp., NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Attn: Managing Agent/President<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Attn: Managing Agent/President<br>C/O Resurgent Capital Services, LP<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| QUICKEN LOANS<br>Attn: Managing Agent/President<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General<br>New Jersey Attorney General Office, Division of Law,<br>Richard J. Hughes Justice Complex,<br>25 Market St., 9th Fl.,<br>PO Box 112<br>Trenton, NJ 08625 | NJ Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee-<br>One Newark Center, Suite 2100<br>1085 Raymond Blvd.<br>Newark, NJ 07102<br>Attn: Managing Agent/President | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Building<br>970 Broad St., Ste 700<br>Newark, NJ 07102<br>Attn: Managing Agent/President | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW JERSEY DIVISION OF TAXATION<br>ATTN: MANAGING AGENT/ PRESIDENT<br>50 Barrack St Fl 9<br>Trenton, NJ 08608-2006 | NEW JERSEY DIVISION OF TAXATION | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Attorney General, United States Department of Justice, Ben Franklin Station, Attn: Managing Agent/President PO Box 68, Washington, DC 20044 | US Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ADT REAL PROTECTION Attn: Managing Agent/President PO Box 650485 Dallas, TX 75265-0485 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMERICAN EXPRESS Attn: Managing Agent/President PO Box 981537 El Paso, TX 79998-1537 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMERICAN EXPRESS Attn: Managing Agent/President 4315 S 2700 W Salt Lake City, UT 84184 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express Legal Attn: Managing Agent/President 500 N Franklin Tpke Ramsey, NJ 07446 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cavalry SPV I, LLC,<br>Attn: Managing Agent/ President<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY 10595-2321 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank/ Avenue<br>Attn: Managing Agent/ President<br>6939 Americana Pkwy<br>Reynoldsburg, OH 43068 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank/ Cathrins<br>Attn: Managing Agent/ President<br>6939 Americana Pkwy<br>Reynoldsburg, OH 43068 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Services<br>Attn: Managing Agent/ President<br>PO Box 15316<br>Wilmington, DE 19850 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DSNB/ BLOOMINGDALES<br>Attn: Managing Agent/ President<br>PO Box 8218<br>Mason, OH 45040-8218 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DSNB/ MACYS<br>Attn: Managing Agent/ President<br>PO BOX 8218<br>Mason, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dynamic Recovery Solutions<br>Attn: Managing Agent/ President<br>135 Interstate Blvd<br>Greenville, SC 29615 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EASYPAY FINANCE<br>Attn: Managing Agent/ President<br>PO Box 2549<br>Carlsbad, CA 92018-2549 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FBCS Consumer Contact Solutions<br>Attn: Managing Agent/ President<br>330 S Warminster Rd Ste353<br>Hatboro, PA 19040-3433 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Glass Mountain Capital, LLC<br>C//O Cavalry SPV<br>Attn: Managing Agent/President<br>1 LLC 1375 E Woodfield RD Ste 400<br>Schaumburg, IL 60159 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KYLE WILSON<br>Attn: Managing Agent/ President<br>13227 Bellaria Cir<br>Windermere, FL 34786 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Credit Management,LLC<br>Attn: Managing Agent/ President<br>PO Box 60578<br>Los Angeles, CA 90060 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding, LLC<br>Attn: Managing Agent/ President<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient<br>Attn: Managing Agent/President<br>123 S. Justison St. Fl 3<br>Wilmington, DE 19801 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient, LLC/ Medloans/ Medloans MEDEX<br>Attn: Managinge Agent/ President<br>PO BOX 9640<br>Wilkes Barre, PA 18773 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PENTAGON FCU<br>Attn: Managing Agent/ President<br>PO Box 456<br>Alexandria, VA 22313-0456 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PORTFOLIO RECOVERY<br>Attn: Managing Agent/ President<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PRESSLER, FELT & WARSHAW LLP<br>Attn: Managing Agent/ President<br>1 Entin Rd<br>Parsippany, NJ 07054-5001 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RADIUS GLOBAL SOLUTIONS<br>Attn: Managing Agent/President<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SERVICE MASTER FINANCE<br>Attn: Managing Agent/ President<br>PO Box 2092<br>Memphis, TN 38101-2092 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TENAGLIA & HUNT PA<br>Attn: Managing Agent/ President<br>395 W Passaic St Ste 205<br>Rochelle Park, NJ 07662-3016 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WELLS FARGO CARD SERVICE<br>Attn: Managing Agent/ President<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |