UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Eliezar Aurelina Mordan,

Debtor.

| | |
|---|---|
| Case No.: | 22-10573-MBK |
| Chapter: | 13 |
| Hearing Date: | 3/23/2022 |
| Judge: | Kaplan |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 22)

_____

Date: 3/17/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*