

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
732-866-6655

**Order Filed on April 16, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

**ELIEZER MORDAN**

CASE NO.: 22-10573
HEARING DATE:
JUDGE: MBK

## ORDER ON MOTION TO EXPUNGE PROOF OF CLAIM 7
## PENTAGON FEDERAL CREDIT UNION

 The relief set forth on the following pages, numbered two (2) through _____   is hereby

**ORDERED**.

**DATED: April 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the

_____ day of _____, the debtor's motion is hereby **GRANTED.**

     **ORDERED** that Proof of Claim Number 7 filed by Pentagon Federal Credit Union is expunged to

reflect $0.00 as a total claim.

     **AND FURTHER ORDERED** that Pentagon Federal Credit Union shall amend proof of claim within

__7___ of the date of this Order.