| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>732-866-6655 |

| IN RE: | CASE NO.: 22-10573 |
|---|---|
| **ELIEZER MORDAN** | HEARING DATE:<br>JUDGE: MBK |

## CERTIFICATION OF EXHIBITS

I, Edward Hanratty, Attorney for the debtors in the above captioned matter, and as such am fully familiar with the facts set forth herein. Attached hereto are true copies of:

1. Exhibit A: Proof of Claim 13 filed by Cavalry SPV I, LLC as assignee of Capital One, N.A./ Lord & Taylor

I hereby certify that the foregoing statements made by me are true, I am aware that if they are found to be willfully false, I am subject to punishment.

Respectfully submitted,

**/s/Edward Hanratty**
EDWARD HANRATTY, ESQ.
For the Firm

Dated:  April 27, 2022