| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>732-866-6655 | Order Filed on May 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>**ELIEZER MORDAN** | CASE NO.: 22-10573<br>HEARING DATE:<br>JUDGE: MBK |

## ORDER ON MOTION TO EXPUNGE PROOF OF CLAIM 14 FILED BY CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE BANK, N.A./ NEIMAN MARCUS

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: May 31, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the \_\_31st\_\_ day of \_\_May\_\_, the debtor's motion is hereby **GRANTED.**

**ORDERED** that Proof of Claim Number 14 filed by Cavalry SPV I, LLC as assignee of Capital One Bank, N.A./ Neiman Marcus is expunged to reflect $0.00 as a total claim.

**AND FURTHER ORDERED** that Cavalry SPV I, LLC as assignee of Capital One Bank, N.A./ Neiman Marcus shall amend proof of claim within \_\_7\_\_ of the date of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  
Eliezer Aurelina Mordan  
    Debtor

Case No. 22-10573-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: May 31, 2022     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eliezer Aurelina Mordan, 53 Brandon Ave, Monroe Township, NJ 08831-4043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Eliezer Aurelina Mordan thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Theodore Sliwinski | on behalf of Petitioning Creditor Kyle Wilson tedsliwinski@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5