Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−10573−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eliezer Aurelina Mordan
   aka Eliezer A Wilson, aka Eliezer A
   Mordan, aka Eliezer Aurelina Wilson, aka
   Eliezer Wilson, aka Eliezer Mordan MDPC
   53 Brandon Ave
   Monroe Township, NJ 08831−4043

Social Security No.:
   xxx−xx−8647

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/25/2022 and a confirmation hearing on such Plan has been scheduled for 6/08/2022 at 10:00 AM.

The debtor filed a Modified Plan on 6/8/2022 and a confirmation hearing on the Modified Plan is scheduled for 7/27/2022 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 10, 2022
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eliezer Aurelina Mordan  
    Debtor

Case No. 22-10573-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jun 10, 2022     Form ID: 186     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eliezer Aurelina Mordan, 53 Brandon Ave, Monroe Township, NJ 08831-4043 |
| 519491207 | | ADT REAL PROTECTION, PO Box 650485, Dallas, TX 75265-0485 |
| 519491210 | | AMERICAN EXPRESS LEGAL, 500 N Franklin Tpke, Ramsey, NJ 07446-1177 |
| 519491219 | | FBCS CONSUMER CONTACT SOLUTIONS, 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433 |
| 519491220 | | GLASS MOUNTAIN CAPITAL LLC, C/O CAVALRY SPV, 1 LLC 1375 E Woodfield Rd Ste 400, Schaumburg, IL 60159-5426 |
| 519491227 | | NAVIENT, LLC / MEDLOANS/ MEDLOANS MEDEX, Navient PC TRUST, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 519491228 | | New Jersey Division of Taxation, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 519491231 | | PRESSLER, FELT & WARSHAW LLP, 1 Entin Rd, Parsippany, NJ 07054-5001 |
| 519491234 | | SMAC, SERVICE MASTER FINANCE, PO Box 2092, Memphis, TN 38101-2092 |
| 519529277 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519491236 | | WELLS FARGO CARD SERVICE, PO Box 14517, Des Moines, IA 50306-3517 |
| 519495266 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519491208 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 20:40:40 | AMERICAN EXPRESS, PO Box 981537, El Paso, TX 79998-1537 |
| 519491209 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 20:40:39 | AMERICAN EXPRESS, 4315 S 2700 W, Salt Lake City, UT 84184-0001 |
| 519521078 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 20:40:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519491212 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 20:38:00 | COMENITY BANK/AVENUE, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 519491213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 20:38:00 | COMENITY BANK/CATHRINS, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 519530326 | + | Email/Text: bankruptcy@cavps.com | Jun 10 2022 20:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519491211 | | Email/Text: bankruptcy@cavps.com | Jun 10 2022 20:39:00 | Cavalry SPV I, LLC,, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 519491214 | | Email/Text: mrdiscen@discover.com | Jun 10 2022 20:37:00 | DISCOVER FINANCIAL SERVICES, PO Box |

Case 22-10573-MBK  Doc 82  Filed 06/12/22  Entered 06/13/22 00:17:16  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: 186 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15316, Wilmington, DE 19850-5316 |
| 519491215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 20:40:50 | DSNB/ BLOOMINGDALES, PO Box 8218, Mason, OH 45040-8218 |
| 519491216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 20:40:42 | DSNB/ MACYS, PO BOX 8218, Mason, OH 45040 |
| 519491217 | ^ | MEBN | Jun 10 2022 20:33:05 | DYNAMIC RECOVERY SOLUTIONS, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 519491218 | | Email/Text: operationsclerk@easypayfinance.com | Jun 10 2022 20:37:00 | EASYPAY FINANCE, PO Box 2549, Carlsbad, CA 92018-2549 |
| 519491221 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2022 20:38:00 | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519491223 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:49 | LVNV FUNDING LLC,, C/O RESURGENT CAPITAL SERVICES LP, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519521388 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:49 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519491224 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2022 20:38:00 | MIDLAND CREDIT MANAGEMENT LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 519491225 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2022 20:38:00 | MIDLAND FUNDING LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 519491226 | + | Email/PDF: pa_dc_claims@navient.com | Jun 10 2022 20:40:45 | NAVIENT, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 519504258 | | Email/PDF: pa_dc_claims@navient.com | Jun 10 2022 20:40:48 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519505728 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 10 2022 20:37:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 519491229 | | Email/Text: bkrgeneric@penfed.org | Jun 10 2022 20:37:00 | PENTAGON FCU, PO Box 456, Alexandria, VA 22313-0456 |
| 519510562 | | Email/Text: bkrgeneric@penfed.org | Jun 10 2022 20:37:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 519491230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2022 20:40:39 | PORTFOLIO RECOVERY, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519491232 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 20:39:00 | QUICKEN LOANS, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519491233 | | Email/Text: ngisupport@radiusgs.com | Jun 10 2022 20:38:00 | RADIUS GLOBAL SOLUTIONS, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519514670 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519491235 | | Email/Text: ClericalSupport@tenagliahunt.com | Jun 10 2022 20:38:00 | TENAGLIA & HUNT PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | Kyle Wilson, 13227 Bellaria Circle, Windermere |
| 519530329 | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519491222 | ## | KYLE WILSON, 13227 Bellaria Cir, Windermere, FL 34786-7402 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

Case 22-10573-MBK    Doc 82    Filed 06/12/22    Entered 06/13/22 00:17:16    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: 186 | Total Noticed: 41 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Eliezer Aurelina Mordan thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Theodore Sliwinski | on behalf of Petitioning Creditor Kyle Wilson tedsliwinski@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5