| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-10573 / MBK**

Eliezer Aurelina Mordan

Petition Filed Date: 01/25/2022
341 Hearing Date: 02/24/2022
Confirmation Date: 11/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2022 | $1,000.00 | 27811186650 | 02/23/2022 | $1,000.00 | 27811186648 | 03/14/2022 | $1,000.00 | 27782224424 |
| 03/14/2022 | $1,000.00 | 27782224435 | 03/28/2022 | $2,040.29 | 83616660 | 05/18/2022 | $2,040.29 | 84735140 |
| 07/11/2022 | $3,000.00 | 85782560 | 07/18/2022 | $3,000.00 | 85917080 | 08/03/2022 | $3,000.00 | 86277800 |
| 08/29/2022 | $3,000.00 | 86709530 | 10/17/2022 | $3,000.00 | 87693140 | 11/16/2022 | $3,000.00 | 88285370 |
| 12/05/2022 | $1,776.58 | 88654930 | 12/19/2022 | $4,696.00 | 88890680 | 01/19/2023 | $4,696.00 | 89454390 |
| 02/21/2023 | $4,696.00 | 90082260 | | | | | | |

**Total Receipts for the Period: $41,945.16    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,945.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eliezer Aurelina Mordan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 7/14/22 | Attorney Fees | $6,734.28 | $6,734.28 | $0.00 |
| 1 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $3,124.15 | $0.00 | $3,124.15 |
| 2 | NAVIENT PC TRUST<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT PC TRUST<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | NAVIENT PC TRUST<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015 TAX PERIOD | Secured Creditors | $46,586.95 | $10,367.40 | $36,219.55 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2017;2021 TAX PERIODS | Priority Crediors | $52,058.32 | $0.00 | $52,058.32 |
| 7 | INTERNAL REVENUE SERVICE<br>»» 2016 TAX PERIOD + PENALTIES | Unsecured Creditors | $108,655.95 | $0.00 | $108,655.95 |
| 8 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | PENTAGON FEDERAL CREDIT UNION<br>»» EXPUNGED 4/16/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/53 BRANDON AVE/1ST MTG/ORDER 3/22/22 | Mortgage Arrears | $5,915.07 | $1,316.34 | $4,598.73 |

**Chapter 13 Case No. 22-10573 / MBK**

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $10,310.54 | $0.00 | $10,310.54 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK/AT&T UNIVERSAL/JUDGMENT/DJ-039923-21 | Secured Creditors | $8,001.07 | $1,780.54 | $6,220.53 |
| 13 | LVNV FUNDING LLC<br>»» CITIBANK/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 14 | NJ DIVISION OF TAXATION<br>»» 2015-2017 | Secured Creditors | $47,149.55 | $10,492.59 | $36,656.96 |
| 15 | NJ DIVISION OF TAXATION | Unsecured Creditors | $10,297.44 | $0.00 | $10,297.44 |
| 16 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE, NA/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 17 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE, NA/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 18 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE BANK, NA/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 19 | KYLE WILSON<br>»» EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» NEED ORDER TO PAY | Attorney Fees<br>Hold Funds: Pending Resolution | $3,635.12 | $0.00 | $3,635.12 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,945.16 | Plan Balance: | $220,631.42 ** |
| Paid to Claims: | $30,691.15 | Current Monthly Payment: | $4,696.00 |
| Paid to Trustee: | $3,261.00 | Arrearages: | $4,615.42 |
| Funds on Hand: | $7,993.01 | Total Plan Base: | $262,576.58 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.