Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 22−10573−MBK
           Chapter: 13
           Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eliezer Aurelina Mordan
   aka Eliezer A Wilson, aka Eliezer A
   Mordan, aka Eliezer Aurelina Wilson, aka
   Eliezer Wilson, aka Eliezer Mordan MDPC
   53 Brandon Ave
   Monroe Township, NJ 08831−4043

Social Security No.:
   xxx−xx−8647

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     9/13/23
Time:    02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Steve Bernknopf, CPA, Accountant

COMMISSION OR FEES
fee: $3000

EXPENSES
expenses: $

If this is a chapter 13 case, the fees and expenses awarded:

    ☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 27, 2023
JAN: km

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 22-10573-MBK

Eliezer Aurelina Mordan                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 137 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eliezer Aurelina Mordan, 53 Brandon Ave, Monroe Township, NJ 08831-4043 |
| acc | + | Steve Bernknopf, CPA, Prager Metis, 1249 South River Road, Suite 303, Cranbury, NJ 08512-3633 |
| 519491207 | | ADT REAL PROTECTION, PO Box 650485, Dallas, TX 75265-0485 |
| 519491210 | | AMERICAN EXPRESS LEGAL, 500 N Franklin Tpke, Ramsey, NJ 07446-1177 |
| 519491219 | | FBCS CONSUMER CONTACT SOLUTIONS, 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433 |
| 519491220 | | GLASS MOUNTAIN CAPITAL LLC, C/O CAVALRY SPV, 1 LLC 1375 E Woodfield Rd Ste 400, Schaumburg, IL 60159-5426 |
| 519491222 | | KYLE WILSON, 13227 Bellaria Cir, Windermere, FL 34786-7402 |
| 519491227 | | NAVIENT, LLC / MEDLOANS/ MEDLOANS MEDEX, Navient PC TRUST, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 519491228 | | New Jersey Division of Taxation, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 519491231 | | PRESSLER, FELT & WARSHAW LLP, 1 Entin Rd, Parsippany, NJ 07054-5001 |
| 519491234 | | SMAC, SERVICE MASTER FINANCE, PO Box 2092, Memphis, TN 38101-2092 |
| 519529277 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519491208 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 20:58:33 | AMERICAN EXPRESS, PO Box 981537, El Paso, TX 79998-1537 |
| 519521078 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 20:47:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519491212 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 20:38:00 | COMENITY BANK/AVENUE, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 519491213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 20:38:00 | COMENITY BANK/CATHRINS, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 519530326 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2023 20:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519491211 | | Email/Text: bankruptcy@cavps.com | Jul 27 2023 20:38:00 | Cavalry SPV I, LLC,, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 519491214 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 20:37:00 | DISCOVER FINANCIAL SERVICES, PO Box 15316, Wilmington, DE 19850-5316 |
| 519491215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:58:12 | DSNB/ BLOOMINGDALES, PO Box 8218, |

Case 22-10573-MBK    Doc 119    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 137 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519491216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Jul 27 2023 20:58:13 | | DSNB/ MACYS, PO BOX 8218, Mason, OH 45040 |
| 519491217 | ^ | MEBN | Jul 27 2023 20:35:52 | DYNAMIC RECOVERY SOLUTIONS, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 519491218 | | Email/Text: operationsclerk@easypayfinance.com  Jul 27 2023 20:37:00 | | EASYPAY FINANCE, PO Box 2549, Carlsbad, CA 92018-2549 |
| 519491221 | | Email/Text: sbse.cio.bnc.mail@irs.gov  Jul 27 2023 20:38:00 | | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519491223 | | Email/PDF: resurgentbknotifications@resurgent.com  Jul 27 2023 20:47:24 | | LVNV FUNDING LLC,, C/O RESURGENT CAPITAL SERVICES LP, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519521388 | | Email/PDF: resurgentbknotifications@resurgent.com  Jul 27 2023 20:47:41 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519491224 | | Email/Text: bankruptcydpt@mcmcg.com  Jul 27 2023 20:38:00 | | MIDLAND CREDIT MANAGEMENT LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 519491225 | + | Email/Text: bankruptcydpt@mcmcg.com  Jul 27 2023 20:38:00 | | MIDLAND FUNDING LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 519491226 | + | Email/PDF: pa_dc_claims@navient.com  Jul 27 2023 20:47:36 | | NAVIENT, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 519504258 | | Email/PDF: pa_dc_claims@navient.com  Jul 27 2023 20:58:17 | | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519505728 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org  Jul 27 2023 20:37:00 | | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 519491229 | | Email/Text: bkrgeneric@penfed.org  Jul 27 2023 20:37:00 | | PENTAGON FCU, PO Box 456, Alexandria, VA 22313-0456 |
| 519510562 | | Email/Text: bkrgeneric@penfed.org  Jul 27 2023 20:37:00 | | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 519491230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jul 27 2023 20:58:13 | | PORTFOLIO RECOVERY, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519491232 | + | Email/Text: bankruptcyteam@quickenloans.com  Jul 27 2023 20:38:00 | | QUICKEN LOANS, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519491233 | | Email/Text: ngisupport@radiusgs.com  Jul 27 2023 20:37:00 | | RADIUS GLOBAL SOLUTIONS, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519514670 | + | Email/Text: bankruptcyteam@quickenloans.com  Jul 27 2023 20:38:00 | | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519491235 | | Email/Text: ClericalSupport@tenagliahunt.com  Jul 27 2023 20:38:00 | | TENAGLIA & HUNT PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519491236 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com  Jul 27 2023 20:47:57 | | WELLS FARGO CARD SERVICE, PO Box 14517, Des Moines, IA 50306-3517 |
| 519495266 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com  Jul 27 2023 20:47:59 | | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | Kyle Wilson, 13227 Bellaria Circle, Windermere |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 137 | Total Noticed: 42 |

| 519530329 | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519491209 | ##+ | AMERICAN EXPRESS, 4315 S 2700 W, Salt Lake City, UT 84129-2127 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Accountant Steve Bernknopf  CPA thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor Eliezer Aurelina Mordan thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Theodore Sliwinski | on behalf of Petitioning Creditor Kyle Wilson tedsliwinski@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7