Office Mailing Address:                                                                 Send Payments **ONLY** to:
Albert Russo, Trustee                                                                        Albert Russo, Trustee
PO Box 4853                                                                                          PO Box 933
Trenton, NJ  08650-4853                                                          Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 22-10573 / MBK

Eliezer Aurelina Mordan                                                      Petition Filed Date: 01/25/2022
                                                                                          341 Hearing Date: 02/24/2022
                                                                                       Confirmation Date: 11/22/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/19/2023 | $4,696.00 | 89454390 | 02/21/2023 | $4,696.00 | 90082260 | 03/16/2023 | $4,696.00 | 90578710 |
| 04/19/2023 | $4,696.00 | 91190330 | 05/17/2023 | $4,696.00 | 91713890 | 06/20/2023 | $4,696.00 | 92283340 |
| 07/18/2023 | $4,696.00 | 92772640 | 08/17/2023 | $4,696.00 | 93322540 | 08/22/2023 | ($4,696.00) | 93322540 |
| 09/07/2023 | $1,977.00 | | 09/07/2023 | $707.00 | | 09/07/2023 | $1,990.00 | |
| 09/21/2023 | $2,200.00 | | 09/21/2023 | $1,977.00 | | 10/05/2023 | $2,200.00 | |
| 10/19/2023 | $2,200.00 | | 11/02/2023 | $2,200.00 | | 11/17/2023 | $2,200.00 | |
| 12/01/2023 | $2,200.00 | | 12/14/2023 | $2,200.00 | | 12/29/2023 | $2,200.00 | |
| 01/11/2024 | $1,000.00 | | | | | | | |

Total Receipts for the Period:  $58,123.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $90,676.16

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | Eliezer Aurelina Mordan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq. »» ORDER 7/14/22 | Attorney Fees | $6,734.28 | $6,734.28 | $0.00 |
| 1 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $3,124.15 | $0.00 | $3,124.15 |
| 2 | NAVIENT PC TRUST »» STUDENT LOANS O/S | Unsecured Creditors No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT PC TRUST »» STUDENT LOANS O/S | Unsecured Creditors No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | NAVIENT PC TRUST »» STUDENT LOANS O/S | Unsecured Creditors No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE »» 2015 TAX PERIOD | Secured Creditors | $46,586.95 | $31,175.53 | $15,411.42 |
| 6 | INTERNAL REVENUE SERVICE »» 2017;2021 TAX PERIODS | Priority Creditors | $52,058.32 | $0.00 | $52,058.32 |
| 7 | INTERNAL REVENUE SERVICE »» 2016 TAX PERIOD + PENALTIES | Unsecured Creditors | $108,655.95 | $0.00 | $108,655.95 |
| 8 | NAVIENT SOLUTIONS, LLC ON BEHALF OF »» STUDENT LOANS O/S | Unsecured Creditors No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | PENTAGON FEDERAL CREDIT UNION »» EXPUNGED 4/16/22 | Unsecured Creditors No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10573 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/53 BRANDON AVE/1ST MTG/ORDER 3/22/22 | Mortgage Arrears | $5,915.07 | $3,958.31 | $1,956.76 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $10,310.54 | $0.00 | $10,310.54 |
| 12 | LVNV FUNDING LLC »» CITIBANK/AT&T UNIVERSAL/JUDGMENT/DJ-039923-21 | Secured Creditors | $8,001.07 | $5,354.23 | $2,646.84 |
| 13 | LVNV FUNDING LLC »» CITIBANK/EXPUNGED 5/31/22 | Unsecured Creditors No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 14 | NJ DIVISION OF TAXATION »» 2015-2017 | Secured Creditors | $47,149.55 | $31,552.00 | $15,597.55 |
| 15 | NJ DIVISION OF TAXATION | Unsecured Creditors | $10,297.44 | $0.00 | $10,297.44 |
| 16 | CAVALRY SPV I, LLC »» CAPITAL ONE, NA/EXPUNGED 5/31/22 | Unsecured Creditors No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 17 | CAVALRY SPV I, LLC »» CAPITAL ONE, NA/EXPUNGED 5/31/22 | Unsecured Creditors No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 18 | CAVALRY SPV I, LLC »» CAPITAL ONE BANK, NA/EXPUNGED 5/31/22 | Unsecured Creditors No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 19 | KYLE WILSON »» EXPUNGED 5/31/22 | Unsecured Creditors No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq. »» ORDER 4/12/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq. »» ORDER 3/23/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq. »» ORDER 7/18/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 20 | STEVEN BERNKNOPF, CPA »» ACCOUNTANT EXP | Other Administrative Fees | $3,000.00 | $0.00 | $3,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $90,676.16 | Plan Balance: | $171,900.42 ** |
| Paid to Claims: | $78,774.35 | Current Monthly Payment: | $4,696.00 |
| Paid to Trustee: | $6,950.01 | Arrearages: | $2,844.42 |
| Funds on Hand: | $4,951.80 | Total Plan Base: | $262,576.58 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**