UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Order Filed on May 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
   Eliezer Aurelina Mordan a/k/a Eliezer A Mordan a/k/a Eliezer A Wilson a/k/a Eliezer Aurelina Wilson a/k/a Eliezer Mordan MDPC a/k/a Eliezer Wilson, Debtor

Case No.: 22-10573 MBK

Hearing Date: 4/24/2024 @ 9am

Judge: Michael B. Kaplan

# ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:  Eliezer Aurelina Mordan a/k/a Eliezer A Mordan a/k/a Eliezer A Wilson a/k/a Eliezer Aurelina Wilson a/k/a Eliezer Mordan MDPC a/k/a Eliezer Wilson
Case No:  22-10573 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 53 Brandon Avenue, Monroe, NJ, 08831, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Edward Hanratty, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of May 2, 2024, Debtor is current in post-petition payments; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2024, per the terms of the Loss Mitigation Order entered April 10, 2024, directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan; and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Eliezer Aurelina Mordan  
    Debtor

Case No. 22-10573-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: May 14, 2024      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eliezer Aurelina Mordan, 53 Brandon Ave, Monroe Township, NJ 08831-4043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Accountant Steve Bernknopf CPA thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor Eliezer Aurelina Mordan thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Theodore Sliwinski | on behalf of Petitioning Creditor Kyle Wilson tedsliwinski@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6