UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 866-6655

IN RE :

**ELIEZER A. MORDAN**

Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 22-10573
AP DOCKET NO.:
HEARING DATE:
JUDGE: MBK

**ORDER GRANTING MOTION TO EXTEND TIME TO APPEAL LOAN MODIFICATION DENIAL**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court by Edward Hanratty, Esq., Attorney for the debtor, for an Order on the Motion to Extend Time to Appeal Loan Modification Denial, and the Court having considered the papers, and good cause having been shown and for the reasons set forth in the moving paper;

**IT IS** on this _____ day of _____, **2024**;

**ORDERED** that the Debtors Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the debtor is allowed 14 days from the date of this order to appeal the loan modification denial.

**AND IT IS FURTHER ORDERED** that a copy of the within Order be served upon all parties of record within _____ days of the date of this Order.