| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>732-866-6655 | **Order Filed on July 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>**ELIEZER A. MORDAN** | CASE NO.: 22-10573<br>HEARING DATE:<br>JUDGE: MBK |

## ORDER GRANTING MOTION TO INCUR POST-PETITION DEBT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 12, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the \_\_\_10\_\_\_\_ day of \_July_____, the debtor's motion is hereby **GRANTED.**

    **ORDERED** that debtor shall be allowed to incur-post petition debt and is allowed to finance the following vehicle: 2022 Kia Forte.