UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
732-866-6655

Order Filed on September 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Eliezer Aurelina Mordan

Case No.: 22-10573

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edaward Hanratty_____, the applicant, is allowed a fee of **$ 2,233.64**_____ for services rendered and expenses in the amount of **$00.00**_____ for a total of **$2,233.64**_____ . The allowance shall be payable:

    __ through the Chapter 13 plan as an administrative priority.

    X outside the plan via the Debtor's Initial Retainer Payment.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

FURTHER ORDERED that Edward Hanratty, the applicant, is allowed a fee of **$   3,336.32**_____ for services rendered and expenses in the amount of **$   138.68**_____ for a total of **$   3,475.00**_____. The allowance shall be payable:

    X through the Chapter 13 plan as an administrative priority.

    __ outside the plan

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

TOTAL: $5,569.96   EXPENSE: $138.68

Document    Page 3 of 3

*Revised 10/3/02*