| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-10573 / MBK**

Eliezer Aurelina Mordan

Petition Filed Date: 01/25/2022
341 Hearing Date: 02/24/2022
Confirmation Date: 11/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2024 | $1,000.00 | | 02/02/2024 | $3,000.00 | | 02/16/2024 | $2,200.00 | |
| 03/01/2024 | $2,200.00 | | 03/15/2024 | $2,200.00 | | 04/03/2024 | $2,200.00 | |
| 04/12/2024 | $2,200.00 | | 04/29/2024 | $2,200.00 | | 05/10/2024 | $2,200.00 | |
| 05/24/2024 | $2,200.00 | | 06/07/2024 | $2,200.00 | | 06/24/2024 | $2,200.00 | |
| 07/08/2024 | $2,200.00 | | 07/19/2024 | $2,200.00 | | 08/02/2024 | $2,200.00 | |
| 08/16/2024 | $2,200.00 | | 08/30/2024 | $2,200.00 | | 09/13/2024 | $2,200.00 | |
| 10/28/2024 | $3,000.00 | | 11/08/2024 | $2,500.00 | | 11/22/2024 | $2,500.00 | |
| 12/09/2024 | $2,500.00 | | | | | | | |

**Total Receipts for the Period:  $49,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $144,376.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eliezer Aurelina Mordan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 7/14/22 | Attorney Fees | $6,734.28 | $6,734.28 | $0.00 |
| 1 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $3,124.15 | $0.00 | $3,124.15 |
| 2 | NAVIENT PC TRUST<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT PC TRUST<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | NAVIENT PC TRUST<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015 TAX PERIOD | Secured Creditors | $46,586.95 | $46,586.95 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2017;2021 TAX PERIODS | Priority Creditors | $52,058.32 | $8,274.63 | $43,783.69 |
| 7 | INTERNAL REVENUE SERVICE<br>»» 2016 TAX PERIOD + PENALTIES | Unsecured Creditors | $108,655.95 | $0.00 | $108,655.95 |
| 8 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | PENTAGON FEDERAL CREDIT UNION<br>»» EXPUNGED 4/16/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10573 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/53 BRANDON AVE/1ST MTG/ORDER 3/22/22 | Mortgage Arrears | $5,915.07 | $5,915.07 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $10,310.54 | $0.00 | $10,310.54 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK/AT&T UNIVERSAL/JUDGMENT/DJ-039923-21 | Secured Creditors | $8,001.07 | $8,001.07 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» CITIBANK/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 14 | NJ DIVISION OF TAXATION<br>»» 2015-2017 | Secured Creditors | $47,149.55 | $47,149.55 | $0.00 |
| 15 | NJ DIVISION OF TAXATION | Unsecured Creditors | $10,297.44 | $0.00 | $10,297.44 |
| 16 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE, NA/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 17 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE, NA/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 18 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE BANK, NA/EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 19 | KYLE WILSON<br>»» EXPUNGED 5/31/22 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 4/12/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 3/23/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 7/18/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 20 | STEVEN BERNKNOPF, CPA<br>»» ACCOUNTANT EXP | Other Administrative Fees | $3,000.00 | $476.85 | $2,523.15 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 3/15/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 21 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 53 BRANDON AVE/ATTY FEES 5/14/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 9/11/24 | Attorney Fees | $3,475.00 | $3,475.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $144,376.16 | Plan Balance: | $122,671.42 ** |
| Paid to Claims: | $127,162.40 | Current Monthly Payment: | $4,696.00 |
| Paid to Trustee: | $10,351.26 | Arrearages: | $5,496.42 |
| Funds on Hand: | $6,862.50 | Total Plan Base: | $267,047.58 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.