**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re Eliezer Mordan & Kyle Wilson, Case No. 22-10573

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 23, 2026.

Navient Solutions, LLC
Name of Alleged Transferor

Address of Alleged Transferor:
on behalf of
Ascendium Education Solutions, Inc.
PO Box 8961
Madison, WI 53708

ECMC
Name of Transferee

Address of Transferee:
PO Box 16408
St. Paul, MN 55116-0408

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: June 23, 2026

Jeanne A. Naughton
**CLERK OF THE COURT**