UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
(732)866-6655

In Re:

Eliezer Mordan

| | |
|---|---|
| Case No.: | 22-10573 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | Obj Due: 10/2/2026 |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, Arely Aguirre :

☐ represent ______________ in this matter.

☒ am the secretary/paralegal for Edward Hanratty, who represents Debtor in this matter.

☐ am the ______________ in this case and am representing myself.

2. On 09/28/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Fee Application (Doc 177)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/28/2026

/s/ Arely Aguirre
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eliezer A. Mordan<br>53 Brandon Avenue<br>Monroe Twp., NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |